**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1076**

———————————

ABU TAIOB HAQ,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A70-566-285)

———————————

Submitted:  September 12, 2005          Decided:  October 5, 2005

———————————

Before NIEMEYER, LUTTIG, and SHEDD, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Marc Seguinot, THE HELEIN LAW GROUP, L.L.P., McLean, Virginia, for
Petitioner.  John L. Brownlee, United States Attorney, Jean B.
Hudson, Assistant United States Attorney, Charlottesville,
Virginia, for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Abu Taiob Haq, a native and citizen of Bangladesh, seeks review of an order of the Board of Immigration Appeals (Board) denying a motion to reconsider the Board's denial of his motion to reopen his removal proceedings. We have reviewed the administrative record and conclude that the Board did not abuse its discretion in denying Haq's motion. See 8 C.F.R. § 1003.2(a) (2005).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED